IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03103-MEH

EDWARD J. STIEF, III,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## ORDER
_____

**Michael E. Hegarty, United States Magistrate Judge**

The Motion for Order Approving Stipulation of Award of Attorney Fees under the Equal Access to Justice Act [filed December 8, 2015; docket #21] is **GRANTED** and the Plaintiff is AWARDED a total of $5,250.00 in attorney's fees pursuant to 28 U.S.C. § 2412(d)(1)(A). Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) (holding that EAJA awards are payable to litigants and that EAJA awards are subject to offset by the Treasury Department to satisfy any debts litigants may owe to the Government). Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment, but will do so only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.

Dated at Denver, Colorado this 9th day of December, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge